```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

COY PHELPS,                    )
    Petitioner,            )
                              )
    v.                     )     C.A. No. 09-11485-MLW
                              )
WARDEN J. GRONDOLSKY,          )
    Respondent.            )

## MEMORANDUM AND ORDER

WOLF, D.J.                                          February 18, 2010

    On December 18, 2009, the court dismissed this action because it was improperly filed as a petition for a Writ of Habeas Corpus. The court allowed petitioner 30 days to show cause for reinstatement.

    The court is in receipt of a February 3, 2010 letter from petitioner in which he states that he did request reinstatement within the time allotted. However, the court has no record of having received such a request.

    Accordingly, it is hereby ORDERED that, by March 19, 2010, petitioner shall file a copy of his request for reinstatement and, if possible, append evidence that it was originally filed in a timely manner. The court will then consider whether to accept the request for reinstatement.

                                                        /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE